1 | Eric H. Gibbs (State Bar No. 178658)
2 | ehg@girardgibbs.com
  | Dylan Hughes (State Bar No. 209113)
3 | dsh@girardgibbs.com
  | Rachel A. Naor (State Bar No. 284966)
4 | ran@girardgibbs.com
5 | **GIRARD GIBBS LLP**
  | 601 California Street, 14th Floor
6 | San Francisco, California 94108
  | Telephone: (415) 981-4800
7 | Facsimile: (415) 981-4846

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDY DHARMA, | Case No.: 5:14-cv-00181-RMW |
| Plaintiff, | |
| v. | **STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE AND ORDER** |
| PORSCHE CARS NORTH AMERICA, INC., | |
| Defendant. | |

1    Plaintiff Eddy Dharma, by and through his undersigned attorneys, and Defendant Porsche Cars
2 North America, Inc. ("PCNA"), by and through its undersigned attorneys, hereby stipulate and agree as
3 follows:
4    WHEREAS Plaintiff served PCNA with the Complaint in this civil action on January 29,
5 2014;
6    WHEREAS Plaintiff filed a First Amended Complaint on February 19, 2014;
7    WHEREAS Plaintiff and PCNA filed a Stipulation Regarding Defendant PCNA's Time to
8 Respond to Plaintiff Eddy Dharma's First Amended Complaint (Dkt. No. 12).  The parties stipulated to
9 the following dates:

- March 21, 2014: PCNA's deadline to answer, move, or otherwise respond to Plaintiff's First Amended Complaint;
- April 21, 2014: Plaintiffs' deadline to file his opposition to PCNA's Motion to Dismiss;
- May 5, 2014: PCNA's deadline to file its reply brief in support of its Motion to Dismiss; and
- May 30, 2014: Date that PCNA was to set the hearing on the Motion to Dismiss

WHEREAS, in accordance with the Stipulation, PCNA filed its Motion to Dismiss on March 21 and set the hearing date for May 30, 2014.  Upon filing, the docket entry indicated that the deadline for Plaintiff to file his opposition was April 4, 2014, and PCNA's reply deadline was April 11, 2014.

WHEREAS the parties believe that additional time is needed to fully prepare their opposition and reply, and the below deadlines will not affect the hearing date set by PCNA or any other deadline set by the Court or the Local Rules.

IT IS STIPULATED AND AGREED THAT:

1. Plaintiffs shall file their opposition to PCNA's Motion to Dismiss on or before April 21, 2014.
2. PCNA shall file its reply in support of its Motion to Dismiss on or before May 5, 2014.

A declaration is submitted with this stipulation.

1

STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE
CASE NO.: 5:14-cv-00181-RMW

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

3  Dated: _____, 2014

*Ronald M. Whyte*
United States District Court Judge
Hon. Ronald M. Whyte

Dated: April 4, 2014                **GIRARD GIBBS LLP**

By:  */s/* Eric H. Gibbs

Eric H. Gibbs
Dylan Hughes
Rachel A. Naor
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: ehg@girardgibbs.com
Email: dsh@girardgibbs.com
Email: ran@girardgibbs.com

*Attorneys for Plaintiff*

Dated: April 4, 2014                **DLA PIPER LLP**

By:  */s/* Amanda L. Morgan

Amanda L. Morgan
555 Mission Street, Suite 2400
San Francisco, California 94105-2933
Telephone: (415) 836.2500
Facsimile: (415) 836.2501
Email: amanda.morgan@dlapiper.com

*Attorneys for Defendant Porsche Cars North America, Inc.*

**Attestation Statement**

Pursuant to the Local Rule 5-1(i)(3), I hereby attest that I have received permission from all signatories listed in this document to enter a conformed signature, and have obtained their concurrence in the filing of this document.  I further attest that I have on file and will maintain all records to support this concurrence.

Dated: April 4, 2014                         By:     */s/* Eric H. Gibbs
                                                         Eric H. Gibbs